## 5661.   McGOVERN v. TRAMMELL.

RUSSELL, C. J.   "In order for this court to review a refusal of a judge of the superior court to sanction a petition for certiorari, the petition must be incorporated in the bill of exceptions, or be verified as a part thereof by the trial judge; an unsanctioned petition can not be specified as a part of the record." *Taylor* v. *Town of Omega*, 12 *Ga. App.* 693 (78 S. E. 144), and citations. A petition for certiorari does not become a part of the record, so as to be lawfully filed, until it is sanctioned. *Elsas* v. *Clay*, 67 *Ga.* 327; *James* v. *Davis*, 76 *Ga.* 100; *Wilks* v. *Smith*, 101 *Ga.* 229 (28 S. E. 630). The filing of an unsanctioned petition for certiorari not being authorized by law, an entry of filing upon such a petition does not so authenticate the paper as to dispense with the necessity for having the paper verified by the judge himself.

*Writ of error dismissed.*

DECIDED JULY 7, 1914.

Petition for certiorari; from Stewart superior court—Judge Littlejohn.   April 4, 1914.

*T. T. James,* for plaintiff in error.   *G. Y. Harrell,* contra.